UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE C. MELCHER,<br><br>        Appellant,<br><br>    v.<br><br>JOHN W. RICHARDSON, Trustee in Bankruptcy<br><br>        Appellee. | Case No.  5:16-cv-00165-RMW<br>Bankr. Case No. 01-53251<br><br>**NOTICE SETTING DATE FOR ORAL ARGUMENT** |

The court will plan to hear oral argument in this matter on August 19, 2016 at 9:00 a.m. in Courtroom 6 at 280 S. 1st St., San Jose, CA 95113.

**IT IS SO ORDERED.**

Dated: August 8, 2016

                                            *Ronald M. Whyte*
Ronald M. Whyte
United States District Judge